# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James Dean Eaker,

    Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                            3:11-cv-28

Franklin Steele , et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 8, 2011 Order.

                                              Signed: February 8, 2011

                                              Frank G. Johns, Clerk
                                              United States District Court